UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

**CRIMINAL ACTION NO.** _____

**UNITED STATES OF AMERICA**                        **PLAINTIFF**

**V.**        <u>**ORDER SETTING ARRAIGNMENT**</u>

**JEREMY DELK and**
**TAILOR MADE COMPOUNDING LLC**           **DEFENDANTS**

\* \* \* \* \*

The Court ORDERS that the Motion of the United States to assign this matter a date for the filing of the information and arraignment is GRANTED, and this matter is set for arraignment on _____, 2020, at _____, in United States District Court at Frankfort.

The Court further ORDERS the Defendants to contact the United States Probation Office in Frankfort at telephone number (502) 227-4667, within 48 hours of the receipt of this Order, excluding weekends, in order to arrange an interview by the United States Probation Office for the purpose of obtaining information pertaining to conditions of release.

On this \_\_\_\_\_ day of _____, 2020.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE

Copies:   United States Marshal
United States Probation
Kate K. Smith, Assistant United States Attorney
Kent Wicker, Attorney for Defendant Jeremy Delk
Brandon Marshall, Attorney for Defendant Tailor Made Compounding