UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT
CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

Case No.: 3:20-cr-15-GFVT-2    At: LEXINGTON    Date: October 29, 2020

USA v. Tailor Made Compounding LLC    _X_ Present    ___ Custody    ___ OR    Age: ___

DOCKET ENTRY: Attorney Brandon Marshall appeared as an authorized representative for Defendant Tailor Made Compounding LLC. A Notice Pursuant to F.R.Cr.P. 12.4 and a 2020 Special Meeting of Owners of Tailor Made Compounding, LLC Resolutions & Unanimous Consent were tendered to the court and SHALL be filed in the record.

PRESENT: HON. _____ UNITED STATES DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

| Kimberly Marsh | Sandy Wilder | Kate K. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

Counsel for Deft:  Brandon W. Marshall    _X_ Present    _X_ Retained    ___ Appointed

PROCEEDINGS: **WAIVER OF INDICTMENT, FILING OF INFORMATION AND GUILTY PLEA**

___  Waiver of Indictment filed.                    _X_  Information filed in open court.

_X_  Copy of Information previously given to Defendant.

___  Defendant was placed under oath and questioned by the Court.

___  Defendant states true name is _____.

_X_  Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.

_X_  Defendant pleads Guilty to Count Two (2) of the Information.

___  Court finds the Defendant to be fully competent and capable of entering an informed plea.

___  Court finds the plea is knowing, voluntary, and supported by an independent basis in fact.

___  Court finds the waiver of appeal is knowing and voluntary made.

___  Defendant waives right to a trial by jury.

_X_  Defendant agrees with facts contained in forfeiture allegation.

_X_  PLEA AGREEMENT to be filed. The Sealed Supplement to be returned to the United States Attorney at conclusion of these proceedings.

_X_  Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

___  Defendant released on terms and conditions as set out in the Order Setting Conditions of Release, pending sentencing or further orders of the Court

___  Defendant remanded to the custody of the United States.

__X__ Sentencing set for <u>Wednesday, February 24, 2021 at 11:00 a.m.</u> at **FRANKFORT**, Kentucky, before District Judge Gregory F. Van Tatenhove subject to intervening orders of the Court.

Copies: COR, USP, USM, D                    Clerk's Initials:  km                    TIC: 0/22