Eastern District of Kentucky
F I L E D

OCT 2 9 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL CASE NO: 3:20-CR-15 -GFVT

UNITED STATES OF AMERICA                                    PLAINTIFF

v.

JEREMY DELK and
TAILOR MADE COMPOUNDING, LLC                               DEFENDANTS

## NOTICE PURSUANT TO F.R.Cr.P. 12.4

Comes the Defendant, Tailor Made Compounding, LLC, pursuant to Federal Rule of

Criminal Procedure 12.4, and states, through counsel, that it has neither publicly traded corporate

shareholders nor parent corporations of any kind.

Respectfully submitted,

Brandon W. Marshall
NASH · MARSHALL, PLLC
129 West Short Street
Lexington, Kentucky 40507
Telephone: (859) 254-3232
Fax: (859) 225-4746
E-mail: bwmarshall@nashmarshall.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on OCTOBER 29 _____, 2020, I tendered the foregoing to the clerk of the court in open court and provided courtesy copies to all parties.  Upon its filing in the CM/ECF system, notice of filing will be sent to all parties in this matter or service will be completed by first class mail to any non-CM/ECF participants.

_____
Brandon W. Marshall