Eastern District of Kentucky
**FILED**

OCT 29 2020

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CRIMINAL CASE NO: 3:20-CR-15-GFVT

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.

JEREMY DELK and
TAILOR MADE COMPOUNDING, LLC                                      DEFENDANTS

## 2020 SPECIAL MEETING OF OWNERS OF
## TAILOR MADE COMPOUNDING, LLC
## RESOLUTIONS & UNANIMOUS CONSENT

The undersigned, being the owner and president of Tailor Made Compounding, LLC, hereinafter "the Company", a Kentucky limited liability company, does hereby memorialize the Company's ownership's unanimous adoption and approval of the following resolutions and actions set forth herein and directs that these Resolutions and Unanimous Consent be made part of the Company's records and be filed in the related court proceeding in United States District Court for the Eastern District of Kentucky at Frankfort, as deemed necessary and appropriate by the Court:

**WHEREAS**, on or about March 9, 2020, the Company hired Brandon W. Marshall and other attorneys with Nash Marshall, PLLC to represent the Company in connection with a governmental investigation into its products and/or business practices; and

**WHEREAS**, the Company convened a meeting of its owners on September 2, 2020, with all owners being in attendance;

**WHEREAS**, the United States Attorney's Office for the Eastern District of Kentucky has offered to file against the Company a criminal information charging a misdemeanor violation of 21 U.S.C. §§ 331(d) and 355 (Introduction of Unauthorized New Drug into Interstate Commerce); and

**WHEREAS**, the United States Attorney's Office for the Eastern District of Kentucky has offered the Company a written plea agreement detailing the terms of a proposed settlement of the proposed criminal charge; and

**WHEREAS**, the maximum statutory penalties for the Company under the proposed plea agreement are five years of probation, a $1,000 fine, a $125 special assessment, and criminal forfeiture of $1,788,906.82; and

**WHEREAS**, the proposed plea agreement contains various other provisions, including a set of factual concessions and a waiver of the right to appeal the guilty plea, conviction, and sentence; and

**WHEREAS**, all owners have reviewed the proposed criminal information and plea agreement and have had sufficient opportunity to consult with the Company's counsel about all the potential ramifications of the proposals; and

**WHEREAS**, all owners are likewise aware that the United States Attorney's Office for the Eastern District of Kentucky has made a related plea offer to the Company's president, Jeremy Delk; and

**WHEREAS**, Brandon W. Marshall has advised the Company about its rights to proceed by indictment rather than information and its trial and plea rights under the United States Constitution, *Boykin v. Alabama*, 395 U.S. 238 (1969), and Rule 11 of the Federal Rules of Criminal Procedure; and

**WHEREAS**, Brandon W. Marshall has advised the Company that its interests are best served by waiving any right to proceed by indictment and instead consenting to the filing of the proposed criminal information; and

**WHEREAS**, Brandon W. Marshall has advised the Company to accept the United States Attorney's Office's proposed plea agreement and to not take this matter to trial;

**NOW, THEREFORE, IT IS RESOLVED BY UNANIMOUS VOTE OF THE COMPANY'S OWNERS** that the Company agrees to accept the offer of the United States Attorney for the Eastern District of Kentucky to settle the pending investigation referenced herein, above by agreeing to enter a guilty plea to Count Two of the proposed criminal information, subject to the terms of a written plea agreement substantially consistent with this resolution, with the penalty ultimately to be determined by the Court; and

**IT IS FURTHER RESOLVED BY UNANIMOUS VOTE OF THE COMPANY'S OWNERS** that the Company's attorney, Brandon W. Marshall, is hereby authorized to execute any and all agreements and any other documents necessary to effectuate these resolutions and to make any court appearances for and on behalf of the Company to settle the above criminal matter consistent with the terms described herein, above.

**SAID RESOLUTIONS WERE DISCUSSED AND UNANIMOUSLY APPROVED AND ADOPTED BY THE COMPANY'S OWNERS** on September 2, 2020, and shall have immediate effect.

_____
Jeremy Delk, President
Tailor Made Compounding, LLC