UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Crim. No. 3:20-cr-00015-GFVT |
| ) | |
| V. ) | **PRELIMINARY JUDGMENT OF** |
| ) | **FORFEITURE** |
| TAILOR MADE COMPOUNDING, ) | |
| LLC, ) | |
| ) | |
| Defendant. | |

\*\*\* \*\*\* \*\*\* \*\*\*

Based upon the plea agreement herein, and the Court being sufficiently advised, it is **ORDERED**, **ADJUDGED,** and **DECREED**, pursuant to 18 U.S.C. § 2253, the property listed below is subject to forfeiture and the defendant's interest in the property is forfeited to the United States of America:

**CURRENCY**:

1. $1,788,906.82 in United States currency.

The United States shall provide notice to persons who may have an interest in the property listed above and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(c).  It is further **ORDERED**:

1. The United States, or an agent thereof, **SHALL** seize forthwith the above listed property and dispose of said property in accordance with the law.  The United States, or an agent thereof, shall provide notice by publication according to the law; and

2

      2. The Clerk **SHALL** deliver copies of this Order to all counsel of record, United States Marshals Service, and United States Probation.

This the 9th day of November, 2020.

Gregory F. Van Tatenhove
United States District Judge